IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAWRENCE DARNELL CROWDER,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-784-jdp

v.

KRISTINA SVEUM, K.S. AND K.S.,

        Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice for plaintiff Lawrence Darnell Crowder's failure to prosecute it.

| /s/ | 8/5/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |